**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



**ORDER**

Appellate case name:       Darrell Anthony Adell, Jr. v. The State of Texas

Appellate case number:    01-21-00439-CR

Trial court case number:   87429-CR

Trial court:                        149th District Court of Brazoria County

On February 14, 2022, appellant, Darrell Adell, Jr., filed a Motion to Unseal Records. We **deny** the motion. Texas Rule of Civil Procedure 76a governs efforts to seal and unseal court records in most cases, and the trial court has continuing jurisdiction to unseal court records. *See* TEX. R. CIV. P. 76a(7); *Biederman v. Brown*, 563 S.W.3d 291, 302 (Tex. App.—Houston [1st Dist.] 2018, no pet.) ("Rule 76a(7) provides for continuing jurisdiction for the trial court to consider sealing or unsealing court documents."); *see also In re Cook*, 629 S.W.3d 591, 607–08 (Tex. App.—Dallas 2021, orig. proceeding) (Smith, J., concurring).

It is so ORDERED.


Judge's signature: _____/s/ Julie Countiss_____
                                     Acting individually


Date:   April 12, 2022